<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 2, 2018 the attached Second Amended Complaint was refiled pursuant to the August 1, 2018 Order of the Honorable Judge William F. Kuntz, II and served via ECF upon the following:

Stephanie Drotar, Esq.
Mark W. Robertson, Esq.
O'MELVENY & MYERS LLP
Times Square Tower 7 Times Square
New York, NY 10036

*Attorneys for Defendants*

_____/s/_____
John Hermina